# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00174-CV

**T. M. and O. A., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. 20-0618, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants T. M. and O. A. filed their notices of appeal on April 12, 2021 and April 14, 2021, respectively. The appellate record was complete on April 20, 2021, making appellants' briefs due on May 10, 2021. On May 10, 2021, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order James B. Peplinski and Amanda J. Wilhelm to file appellants' briefs no later than June 1, 2021. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on May 14, 2021.

Before Justices Goodwin, Triana, and Kelly